UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY KONRATH, | |
| Plaintiff, | Case No. 16-CV-1582-JPS |
| v. | |
| CORIZON HEALTH, | |
| Defendant. | **ORDER** |

Plaintiff, a prisoner proceeding *pro se*, filed his complaint on November 28, 2016. (Docket #1). He did not pay the $400 filing fee or include with his complaint a motion for leave to proceed *in forma pauperis*. As a result, the next day, the Clerk of the Court sent Plaintiff a letter requesting that he either pay the full filing fee or file a motion for leave to proceed *in forma pauperis* within twenty-one days. (Docket #3). That deadline expired on December 20, 2016. In light of Plaintiff's failure to comply with the request from the Clerk of the Court, the Court would generally dismiss this action with prejudice for Plaintiff's failure to prosecute the same. *See* Civil L. R. 41(c). However, the Seventh Circuit commands that dismissal of a *pro se* litigant's case with prejudice should almost always be preceded by a warning. *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006). Thus, the Court issues this order as his warning: if Plaintiff does not submit either the full filing fee or a request for leave to proceed *in forma pauperis* within seven (7) days of the date of this order, this action shall be dismissed with prejudice and without further notice.

Accordingly,

**IT IS ORDERED** that Plaintiff shall submit either the full filing fee or a request for leave to proceed *in forma pauperis* **within seven (7) days** of the date of this order.

Dated at Milwaukee, Wisconsin, this 21st day of December, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge